RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10/12/05
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-50040 |
| versus | JUDGE WALTER |
| REGINALD G. DAVIS | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that **Defendant's Motion to Suppress (Doc. 15)** is **GRANTED** and all statements made by Defendant during his interrogation are suppressed as involuntarily made.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11 day of Oct, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE